| | AUSA: | Philip Jacques | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Ryan Thick, ATF | Telephone: (616) 258-4555 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America
v.

Michael BROOKS

Case: 2:26−mj−30425
Assigned To : Unassigned
Assign. Date : 7/15/2026
Description: RE: MICHAEL
BROOKS (EOB)

Case No.

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 15, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Thick, Special Agent (A.T.F.)
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ July 15, 2026 _____

_____
*Judge's signature*

City and state: _Detroit, Michigan_

Honorable David R. Grand, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMIANL COMPLAINT

### I.   INTRODUCTION AND AGENT BACKGROUND

I, Ryan Thick, being first duly sworn, hereby depose and state as follows:

1.     I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since November 2022. I have a bachelor's degree in criminal justice and a master's degree in business management and leadership. To become an ATF Special Agent, I completed 26 weeks of training, including the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Throughout my law enforcement career, I have participated in numerous state and federal investigations into firearm and explosive offenses. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and recognition of common subject behavior.

3.     While with ATF, I have investigated violent crimes, narcotics trafficking, and firearms related criminal violations. I have executed search and

arrest warrants, utilized confidential informants, performed interviews, analyzed data extracted from seized cellular devices, and engaged various surveillance techniques, including physical, electronic, and visual surveillance.

4.      I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

5.      I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"). Additionally, I am a member of the ATF led Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan.

6.      The facts in this affidavit come from my personal observations, interviews conducted by myself and/or other law enforcement agents, review of relevant police reports, information from others who have personal knowledge of the events, circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7.      Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Michael BROOKS (DOB: XX/XX/1991), a convicted felon, has possessed a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1).

## II.   PROBABLE CAUSE

### A. Criminal History / Prohibited Status

8.      I reviewed BROOK's criminal history.  BROOKS has the following felony convictions:

    a.  2018- Felony Aggravated Assault- Elmore County Circuit Court, Alabama,

    b.  2009- Felony Robbery- Elmore County Circuit Court, Alabama,

9.      BROOKS went to prison as a result of these convictions and spent more than (5) years in custody.

### B. Federal Search Warrant – July 15, 2026

10.     On July 14, 2026, I applied for and obtained a federal search warrant for a residence located on the 9000 block of Winthrop within the Eastern District of Michigan. Although BROOKS was not the original target of the investigation, the residence was later determined to be BROOKS's residence.  The search warrant (26-mc-50656-6) was reviewed and signed by United States Magistrate Judge Patricia Morris of the United States District Court for the Eastern District of Michigan.

11.     On July 15, 2026, special agents and task force officers from the ATF Detroit Field Division responded to the location to execute the search warrant.  Upon entering the residence investigators observed BROOKS coming from a rear first floor bedroom carrying a small child.

3

12. Investigators later determined the bedroom and adjoining storage room contained many of BROOKS's belongings including men's clothing, men's shoes, documents with his name on them and even a bag containing BROOK's hair.

13. In addition to finding BROOK's belongings in the adjoining storage room investigators located a loaded Glock Model 20 10mm semi-automatic pistol along with a second loaded high-capacity magazine sitting next to it.

14. The firearm was located on the top shelf of a shoe rack a short distance away from clothing suspected of belonging to BROOKS.   The firearm was uncovered and would be visible to anyone inside of the room.

15. BROOKS and his girlfriend were the only adults located inside the residence at the time of the search warrant.   BROOKS was later determined to be the only adult male in the household.

16. During a post Miranda interview BROOKS admitted to residing at the residence with his girlfriend on and off for more than a year.   BROOKS admitted the room he came from was his bedroom, this room was connected to the adjoining storage room.   BROOKS confirmed he was sleeping in the room at the time law enforcement executed the search warrant.

17. BROOKS also admitted to having knowledge of the firearm including unique characteristics that further support he unlawfully possessed.   Specifically, BROOKS was aware the firearm was a light camouflage color, he was aware it was loaded and the firearm had been inside the residence for a long time.

18.     When asked by agents if his DNA would be found on the firearm BROOKS admitted that it would since he had previously handled the firearm.

19.     BROOKS stated no other adults resided at the location and denied that other adults were currently residing at the residence.

20.     BROOKS was questioned about his criminal history and informed agents that he served time in prison for robbery and also for shooting at someone. BROOKS estimated that he spent more than (6) years in prison total.

21.     BROOKS stated on more than one occasion that he was working toward getting his "rights restored."  Based on this statement agents believe BROOKS was aware of his status as a convicted felon prohibited from possessing firearms.

### C. Interstate Nexus - Firearm

22.     On July 15, 2026, ATF Interstate Nexus Expert, Special Agent Joshua McLean was provided with a verbal and visual description of the Glock Model 20, 10mm semi-automatic pistol located in BROOKS's residence. S/A McLean advised the firearm was manufactured outside of the state of Michigan and thus had traveled in and affected interstate or foreign commerce.

### III.     CONCLUSION

23.     Based on the information included above there is probable cause to believe BROOKS possessed a firearm and ammunition on July 15, 2026, within the Eastern District of Michigan in violation of 18 U.S.C. § 922(g)(1).

5

Respectfully submitted,

Ryan Thick
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MICHIGAN

DATE: _____July 15, 2026_____

6